IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIE MAYS SANDERS | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv386 |
| UNITED STATES OF AMERICA | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Willie Mays Sanders, proceeding *pro se*, brought
this petition for writ of habeas corpus pursuant to 28 U.S.C. §
2241.

The court referred this matter to the Honorable Keith F.
Giblin, United States Magistrate Judge, at Beaumont, Texas, for
consideration pursuant to applicable laws and orders of this
court.  The magistrate judge has submitted a Report and
Recommendation of United States Magistrate Judge concerning the
petition.  The magistrate judge recommends the petition be
dismissed without prejudice for failure to exhaust administrative
remedies.

The court has received and considered the Report and
Recommendation of United States Magistrate Judge, along with the
record, pleadings and all available evidence.  No objections to
the Report and Recommendation of United States Magistrate Judge
were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of
the magistrate judge are correct and the report of the magistrate

judge is **ADOPTED.**  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at BEAUMONT, Texas, on this the 22 day of July, 2005.

_____
HOWELL COBB
UNITED STATES DISTRICT JUDGE